# EXHIBIT B

IN THE COURT OF COMMON PLEAS FOR THE STATE OF DELAWARE

IN AND FOR __NEW CASTLE__ COUNTY

PLAINTIFF(S): PRISCILLA BORGES

)
)
) CIVIL ACTION NO.
v.                )
)PRAECIPE
)

DEFENDANT(S): TRANSUNION, LLC
EQUIFAX INFORMATION SOLUCTIONS, INC.
EQUIFAX INFORMATION SERVICES, LLC

TO: CLERK OF THE COURT OF COMMON PLEAS:

500 N. King Street Wilmington, DE 19801
(Address of the Court)

Please issue Summons to the Sheriff of __Certified Mail__ County to effect service on of the Summons and Complaint upon the defendant(s) as follows:

Name and address of person(s) to be served:
Transunion, LLC
555 West Adams Street Chicago, IL 60661

Equifax Information Services, LLC
1550 Peachtree Street, NW Atlanta, GA 30309

Experian Information Solutions, Inc.
475 Anton Blvd. Costa Mesa, CA 92626

PLAINTIFF NAME: PRISCILLA BORGES
ADDRESS: 112 Miners Lane Newark, DE 19713
PHONE NO. 302-377-1145

*I am requesting service via Certified Mail because the defendants are located outside Delaware.

# IN THE COURT OF COMMON PLEAS FOR THE STATE OF DELAWARE

## IN AND FOR **NEW CASTLE** COUNTY

PLAINTIFF(S): **PRISCILLA BORGES**

)
)
) CIVIL ACTION NO.
v.    )
) SUMMONS
)

DEFENDANT(S): TRANSUNION, LLC
EQUIFAX INFORMATION SOLUCTIONS, INC.
EQUIFAX INFORMATION SERVICES, LLC

TO THE SHERIFF OF: **Certified Mail** COUNTY,

YOU ARE COMMANDED:

To Summon the above named defendant(s) and serve upon said defendant(s) a copy of this summons and complaint.

TO THE ABOVE NAMED DEFENDANT(S):

Within twenty (20) days after you receive this Summons, excluding the day you receive it, you must file an Answer to the attached Complaint if you want to deny the allegations. The original of your Answer must be filed with the Clerk's Office of the Court of Common Pleas, _____, Delaware and must include proof that a copy of the Answer was served on the plaintiff or his/her attorney who is named on this Summons.

Failure to file an answer denying the allegations will result in a judgment against you, and action may be taken by the plaintiff or his/her attorney to satisfy the judgment.

DATED: _____    CLERK: _____

PLAINTIFF NAME: PRISCILLA BORGES
ADDRESS: 112 Miners Lane Newark, DE 19713
PHONE NO. 302-377-1145