## **CERTIFICATE OF SERVICE**

The undersigned certifies that a true copy of the foregoing was served on the following parties via First Class, U.S. Mail, postage prepaid, on the **2nd day of May, 2025**, properly addressed as follows:

| **Pro Se Plaintiff**<br>Priscilla Borges<br>112 Miners Lane<br>Newark, DE 19713 | |

 

*/s/ Blake A. Bennett*
Blake A. Bennett (#5133)