**IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE**

|  |  |
|---|---|
| PRISCILLA BORGES,<br><br>    Plaintiff,<br><br>v.<br><br>TRANS UNION, LLC, EQUIFAX INFORMATION SERVICES, LLC, and EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>    Defendants. | C.A No.: 1:25-cv-00541-JLH |

## NOTICE OF SUBSTITUTION OF COUNSEL

PLEASE TAKE NOTICE that the appearances of Tyler R. Wilson and the law firm Troutman Pepper Locke LLP are withdrawn, and the appearance of Daniel A. O'Brien and the law firm of Venable LLP is hereby entered on behalf of Defendant Experian Information Solutions, Inc. in this matter.

PLEASE TAKE FURTHER NOTICE that the undersigned counsel of Troutman Pepper Locke LLP requests to be removed from all service lists in this case, including the Court's CM/ECF electronic notification list.

*Remainder of page intentionally left blank.*

Dated: June 11, 2026

**VENABLE LLP**

*//s/ Daniel A. O'Brien*
Daniel A. O'Brien (No. 4897)
1201 N. Market Street, Suite 1400
Wilmington, DE 19801
Tel: (302) 298-3523
daobrien@venable.com

*Substituting Counsel for Defendant*
*Experian Information Solutions, Inc.*

Respectfully submitted,

**TROUTMAN PEPPER LOCKE LLP**

*/s/ Tyler R. Wilson*
Tyler R. Wilson (DE #7129)
Hercules Plaza, Suite 1000
1313 Market Street
Wilmington, DE 19899-1709
Telephone: (302) 777-6500 Email:
tyler.wilson@troutman.com

*Withdrawing Counsel for Defendant*
*Experian Information Solutions, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on June 11, 2026, I electronically filed Experian Information Solutions,

Inc's Motion to Dismiss Plaintiff with the Clerk of the Court using the CM/ECF system, which

sent notification of such filing to all counsel of record, and served a copy via regular mail upon:

Priscilla Borges
112 Miners Lane
Newark, DE 19713
*Pro Se Plaintiff*

*/s/  Daniel A. O'Brien*
Daniel A. O'Brien (No. 4897)

3

330446921